NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

PA ADVISORS, LLC,
*Plaintiff-Appellee,*

v.

GOOGLE, INC. AND YAHOO! INC.,
*Defendants-Appellees,*

v.

JONATHAN LEE RICHES,
*Movant-Appellant.*

---

2012-1448

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-0480, Judge David Fulsom.

## ORDER

Jonathan Lee Riches appeals the United States District Court for the Eastern District of Texas's denial of his motion to intervene in case no. 07-CV-0480.

The district court denied Riches's motion to intervene, noting that his motion "fail[ed] to disclose any information relating to the subject-matter of this case, namely patent infringement." The court further noted that none

of the parties were aware of any connection between Riches and the law suit at issue.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Riches is directed to show cause within 60 days of the date of this order as to why the district court's ruling should not be summarily affirmed. PA Advisors, LLC, Google, Inc., and Yahoo! Inc. may also respond.

(2) The briefing schedule is stayed. The revised official caption is reflected above.

FOR THE COURT

JUN 2 1 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Jonathan Lee Riches
    Charles K. Verhoeven, Esq.
    William C. Rooklidge, Esq.
    Elizabeth Stoebner Wiley, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 1 2012

JAN HORBALY
CLERK